### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>**NIASPAN ANTITRUST LITIGATION** | **MDL NO. 2460** |
| **THIS DOCUMENT RELATES TO:**<br>Civil Action No. 19-1621 (MSP Recovery Claims, Series LLC et al v. Abbvie Inc. et al.) | **MASTER FILE NO. 13-MD-2460** |

### O R D E R

**AND NOW**, this 29th day of April, 2019, pursuant to the Practice and Procedure Order Upon Transfer Pursuant to 28 U.S.C. § 1407(a) dated December 23, 2013 (Document No. 37), a newly-filed action, *MSP Recovery Claims, Series LLC, MSPA Claims 1, LLC and MAO-MSO Recovery II, LLC, Series v. Abbvie Inc., Abbott Laboratories, Abbott Respiratory LLC, Barr Pharmaceuticals Inc., Duramed Pharmaceuticals Inc., Duramed Pharmaceuticals Sales Corp, TEVA Pharmaceuticals (USA) Inc. and TEVA Pharmaceuticals Industries Limited*, Civil Action No. 19-1621, having been transferred from the United States District Court for the Southern District of Ohio to the United States District Court for the Eastern District of Pennsylvania pursuant to Conditional Transfer Order (Document No. 10, filed April 12, 2019), **IT IS ORDERED** that, the parties to the newly transferred case shall, on or before May 13, 2019, file and serve any objection to proceeding pursuant to the Procedure Order Upon Transfer Pursuant to 28 U.S.C. § 1407(a) dated December 23, 2013, that is, they shall advise whether they have any objection to consolidation with end-payor actions for all pretrial purposes and the marking of the newly transferred action closed for statistical purposes.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**
_____
**DuBOIS, JAN E., J.**